

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Robert Taylor<br>DEFENDANT(S). | CASE NUMBER<br>2:95-CR-1024-MRP<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Aug. 2_, _2011_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Eick_, in Courtroom _20_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/1/11_       _____
U.S. District Judge/Magistrate Judge